UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MITCHELL D. PUGH,

    Plaintiff,

v.

    Case No. 1:06-cv-138

    HONORABLE PAUL L. MALONEY

PATRICIA CARUSO, et al.,

    Defendants.
_____/

## JUDGMENT

Pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendants Caruso, Armstrong, Lafler, Mayfield, and Caldwell and against plaintiff Pugh.

Date: September 22, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge